429 A.2d 58

Commonwealth v. Davis, Appellant.

 Submitted December

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

6, 1977. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

The judgment of sentence is hereby affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.